UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

Disclosures must be filed on behalf of <u>all</u> parties to a civil, agency, bankruptcy or mandamus case, except that a disclosure statement is **not** required from the United States, from an indigent party, or from a state or local government in a pro se case. In mandamus cases arising from a civil or bankruptcy action, all parties to the action in the district court are considered parties to the mandamus case.

Corporate defendants in a criminal or post-conviction case and corporate amici curiae are required to file disclosure statements.

If counsel is not a registered ECF filer and does not intend to file documents other than the required disclosure statement, counsel may file the disclosure statement in paper rather than electronic form. Counsel has a continuing duty to update this information.

No. __14-2054__     Caption: __ESCgov, Inc. v. BMC Software, Incorporated__

Pursuant to FRAP 26.1 and Local Rule 26.1,

__BMC Software, Incorporated__
(name of party/amicus)

who is _____Appellee_____, makes the following disclosure:
(appellant/appellee/petitioner/respondent/amicus/intervenor)

1. Is party/amicus a publicly held corporation or other publicly held entity?  ☐ YES ☑ NO

2. Does party/amicus have any parent corporations?  ☑ YES ☐ NO
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:
   Please see attached.

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity?  ☐ YES ☑ NO
   If yes, identify all such owners:

10/28/2013 SCC                     - 1 -

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))?  ☐ YES ☑ NO
If yes, identify entity and nature of interest:

5. Is party a trade association? (amici curiae do not complete this question) ☐ YES ☑ NO
If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6. Does this case arise out of a bankruptcy proceeding? ☐ YES ☑ NO
If yes, identify any trustee and the members of any creditors' committee:

Signature: _____     Date: October 24, 2014

Counsel for: Appellee

## CERTIFICATE OF SERVICE
*************************

I certify that on ___October 24, 2014___ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Christopher A. Abel
Wilcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, VA 23510
Telephone: (757) 628-5547
E-mail: cabel@wilsav.com
Counsel for ESCgov, Inc.

Stephanie N. Gilbert
D. Sutton Hirschler III
Wilcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, VA 23510
Telephone: (757) 628-5500
          (757) 628-5570
E-mail: sgilbert@wilsav.com
        dhirschler@wilsav.com
Counsel for ESCgov, Inc.

_____
(signature)

October 24, 2014
(date)

UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

2. Does party/amicus have any parent corporations?

Yes.  BMC Software, Inc. is a wholly-owned subsidiary of BMC Software Finance, Inc. BMC Software Finance, Inc. is a wholly-owned subsidiary of Boxer Parent Company Inc. Boxer Parent Company Inc. is a closely-held, non-publicly traded corporation which is owned by affiliates of Bain Capital Partners, LLC, Golden Gate Capital Private Equity, Inc., Insight Venture Partners, L.P., Westhorpe Investment Pte, Ltd and Elliot Associates, L.P.